UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                           :

DAVID WALLACE LEVERS,
                 Plaintiff,    :

       -v-                       :

MOUNT S. MARY COLLEGE, CARLOS TONCHE,   :
JR., and JANNELLE HAUG,
               Defendants.    :

                           :
------------------------------------- X

DENISE COTE, District Judge:

19cv10458(DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2020

     ORDERED that the time of initial pretrial conference

scheduled for February 7, 2020 is moved to 10:30 a.m. in

Courtroom 18B. **All pretrial conferences must be attended by the**

**attorney who will serve as principal trial counsel.**

Dated:     New York, New York
            January 24, 2020

                       DENISE COTE
              United States District Judge