UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID WALLCE LEVERS,

                    Plaintiff,

          -against-                                          19 **CIVIL** 10458 (DLC)

                                                             **JUDGMENT**

MOUNT ST. MARY COLLEGE, CARLOS
TONCHE, JR. and JANNELLE HAUG,

                    Defendants.
------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated April 21, 2020, the defendants'

January 30, 2020 motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York

          April 22, 2020


                                             **RUBY J. KRAJICK**
                                             _____
                                                  **Clerk of Court**
                               **BY:**
                                                  **Deputy Clerk**